Same case below, 386 Fed. Appx. 100.

---

**No. 10-6788. Juan Lizcano, Petitioner v. Texas.**

562 U.S. 1182, 131 S. Ct. 999, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 822.

January 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

---

**No. 10-6929. Juiquin Anthony Pinkard, Petitioner v. Wisconsin.**

562 U.S. 1182, 131 S. Ct. 1001, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 750.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 327 Wis. 2d 346, 785 N.W.2d 592.

---

**No. 10-6999. Dajuan Booker, Petitioner v. United States.**

562 U.S. 1182, 131 S. Ct. 1001, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 852.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 612 F.3d 596.

---

**No. 10-7039. Eddie D. Powell, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections.**

562 U.S. 1183, 131 S. Ct. 1002, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 762.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 602 F.3d 1263.

---

**No. 10-7075. David G. Hayduk, Petitioner v. City of Johnstown, Pennsylvania, et al.**

562 U.S. 1183, 131 S. Ct. 1002, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 786.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 55.

---

**No. 10-7192. Heriberto Castrillo-Rubio, aka Albert Salazar-Rubio, aka Heriberto Castrillo, aka Eddie Castrillo, aka Eduardo Rubio, aka Heriberto Castillo-Rubio, aka Eddie Rubio, Petitioner v. United States.**

562 U.S. 1183, 131 S. Ct. 1002, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 848.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 431.

---

**No. 10-7210. Daniel Wayne Cook, Petitioner v. Arizona.**

562 U.S. 1183, 131 S. Ct. 1002, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 902.

January 18, 2011. Petition for writ of certiorari to the Superior Court of Arizona, Mohave County, denied.